IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01882-BNB

(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

TERRANCE FARRELL,

    Plaintiff,

v.

STATE OF COLORADO,
RICK RAEMISCH,
ROGER WERHOLTZ,
TONY CAROCHI,
TOM CLEMENTS,
ARISTEDES ZAVARIS, and
JOE ORTIZ,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff, Terrance Farrell, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at Bent County Correctional Facility in Las Animas, Colorado.  Plaintiff, acting *pro se*, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___   Motion submitted is not the most current form
(2) ___   is missing affidavit
(3) _X_  The certified copy of prisoner's trust fund statement does not include a 6-month period immediately preceding this filing
(4) ___   is missing certificate showing current balance in prison account
(5) ___   is missing authorization to calculate and disburse filing fee payments
(6) ___   is missing an original signature by the prisoner
(7) ___   other:

**Complaint, Petition or Application**:
(8) ___   is not submitted
(9) ___   is not on proper form (must use the Court's current form)
(10) ___  is missing an original signature by the prisoner
(11) ___  is missing page nos. ___
(12) ___  uses et al. instead of listing all parties in caption
(13) _X_  names in caption do not match names in text (Section A. Parties)
(14) ___  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use the form to cure the deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED: July 9, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge